**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WILLIAM F. PITTMAN,

       Petitioner,

v.                                      CASE NO: 8:05-CV-1700-T-30MAP

STATE OF FLORIDA, et al.,

       Respondents.

_____/

**<u>ORDER</u>**

     Before the Court is Petitioner's response to the December 19, 2005 order striking his Amended Petition for Writ of Habeas Corpus because Petitioner failed to certify that he served the Respondent. Since the response had not been filed and the defect was curable, Petitioner was granted leave to correct the deficiency. *See Mederos v. United States*, 218 F.3d 1252, 1253 (11th Cir. 2000) (interests of justice are served by permitting an amendment where the defect is curable).

     Instead, Petitioner filed a "Supplemental" Petition asserting eight <u>new</u> grounds for relief.  The "Supplemental" Petition was stricken, and Petitioner was again granted leave to amend. On February 8, 2006, Petitioner filed his amended petition, a copy of which was furnished by mail to Respondent (Dkt. 15).

     ACCORDINGLY, the Court **ORDERS** that:

     1.   The Petition for Writ of Habeas Corpus filed September 9, 2005, is **DENIED (Dkt. 1)**.  This matter will proceed on the **Amended Petition for Writ of Habeas Corpus**

received by the Clerk on February 8, 2006, (Dkt. 15) and the **Supplemental Petition** received on February 27, 2006 (Dkt. 18).

2.    Respondent shall have **SIXTY (60) DAYS** from the date of this Order within which to respond to the Amended Petition and to show cause why it should not be granted.

3.    Petitioner shall have **TWENTY (20) DAYS** from the date on which the response is filed to file a reply, if any. *See* Rule 5(e), Rules Governing Section 2254 Cases (2005).

**DONE** and **ORDERED** in Tampa, Florida on June 6, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copy furnished to:
Petitioner *Pro Se*/Counsel of Record

SA:jsh